UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1060 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM LITTLETON,

Defendant.

**ORDER**

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $2,518.90, plus interest to June 17, 1999, in the amount of $2,083.94, plus additional prejudgment interest from June 17, 1999, at the rate of ten percent (10%) per annum, and in the principal sum of $1,997.05, plus interest to June 17, 1999, in the amount of $1,665.22, plus additional prejudgment interest from June 17, 1999, at the rate of 9.13% per annum and, pursuant to 28 U.S.C. § 2412, costs in the amount of $150.00 be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2.13.01

Michael J. D[signature]
United States District Court

FILED FEB 13 2001
DEPUTY CLERK