UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1060 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM S. LITTLETON,

Defendant,

METCALF MAYFLOWER
MOVING AND STORAGE,

Garnishee.

AGREED FINAL ORDER
IN GARNISHMENT

The parties, the United States of America, the defendant William S. Littleton, and the garnishee Metcalf Mayflower Moving and Storage, agree and stipulate as follows:

1. The defendant resides at 2316 Roth Place, St. Paul, MN 55110, and has a social security number of 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.

2. A judgment was entered against the defendant in this action in the amount of $8,500.96 plus interest at the rate of 4.31%, penalties and costs. A total balance due on the judgment is $9,642.07 as of August 30, 2001.

3. The garnishee, whose address is 1255 East Highway 36, St. Paul, Minnesota 55109, has in its possession, custody or control, property of the defendant in the form of money owed to the defendant.

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

4. The defendant waives his right to any further hearing under Section 3206 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. § 3205 and any other process to which the defendant may be entitled under the FDCPA.

5. The garnishee waives being heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6. The defendant agrees and stipulates that the sums held by the garnishee are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties, therefore, agree and stipulate to entry of a Final Order in Garnishment in the monthly amount of $300.00 to be withheld from sums owed by garnishee to defendant.

8. The garnishee agrees to pay the $300.00 per month to the United States to be applied upon the judgment rendered in this case.

9. Checks should be made payable to the Department of Justice and mailed to 300 South Fourth Street, Room 600, Minneapolis, Minnesota 55415.

10. In September 2002, plaintiff United States will reassess defendant's financial condition for possible increase in the agreed monthly garnishment.

11. Plaintiff may also pursue administrative offsets, including those by the Internal Revenue Service, and the defendant specifically consents to the offset. Any payments applied to this

claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

10. Defendant can at any time request an accounting of the funds garnished. However, defendant hereby knowingly waives any rights that defendant might have under 28 U.S.C. §3205(c)(9) to any automatic annual accounting.

Dated:

ROBERT M. SMALL
United States Attorney

for BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

WILLIAM S. LITTLETON
Defendant

Dated: 9/4/01

METCALF MAYFLOWER MOVING AND STORAGE
Garnishee

IT IS SO ORDERED.

Dated: Sept. 12, 2001

Judge, United States District Court