RUN DATE:22-JUL-2004 PAYMENT HISTORY Inquiry G

Page: 1

FOR: 1999Z00745 / 001

COURT NUMBER: 0-1060MJD/JGL
DEBTOR: Littleton, William S.
COLLECTION TYPE: WA
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | 17-SEP-2001 | CH | G | A.A. Metcalf | MN /1/336 | 64064 | $44.65 | 17-SEP-2001 |
| 0010 | PMNT | 19-OCT-2001 | OT | G | Metcalf | MN /2/014 | 064244 | $300.00 | 19-OCT-2001 |
| 0011 | PMNT | 14-NOV-2001 | OT | G | A.A. Metcalf | MN /2/032 | 64379 | $300.00 | 14-NOV-2001 |
| 0012 | PMNT | 17-DEC-2001 | OT | Y | AA Metcalf | MN /2/053 | 064558 | $300.00 | 17-DEC-2001 |
| 0013 | PMNT | 17-JAN-2002 | OT | G | Mayflower | MN /2/073 | 064683 | $300.00 | 17-JAN-2002 |
| 0014 | PMNT | 14-FEB-2002 | OT | G | A.A. Metcalf | MN /2/092 | 64811 | $300.00 | 14-FEB-2002 |
| 0015 | PMNT | 14-MAR-2002 | OT | G | AA Metcalf Moving | MN /2/112 | 064962 | $300.00 | 14-MAR-2002 |
| 0017 | PMNT | 19-APR-2002 | OT | G | A.A. Metcalf Moving | MN /2/138 | 65161 | $300.00 | 19-APR-2002 |
| 0018 | PMNT | 15-MAY-2002 | OT | G | AA Metcalf Moving | MN /2/154 | 065308 | $300.00 | 15-MAY-2002 |
| 0019 | PMNT | 13-JUN-2002 | OT | G | AA METCALF MOVING | MN /2/169 | 065448 | $300.00 | 13-JUN-2002 |
| 0020 | PMNT | 01-JUL-2002 | OT | G | Metcalf Moving Co. | MN /2/181 | 65544 | $300.00 | 01-JUL-2002 |
| 0021 | PMNT | 12-AUG-2002 | OT | G | A.A. Metcalf Moving | MN /2/209 | 65771 | $300.00 | 12-AUG-2002 |
| 0022 | PMNT | 12-SEP-2002 | OT | G | AA Metcalf Moving | MN /2/230 | 065950 | $300.00 | 12-SEP-2002 |
| 0023 | PMNT | 15-OCT-2002 | OT | G | AA Metcalf Moving | MN /3/010 | 66128 | $300.00 | 15-OCT-2002 |
| 0024 | PMNT | 18-NOV-2002 | OT | G | AA Metcalf Storage | MN /3/034 | 66313 | $300.00 | 18-NOV-2002 |
| 0025 | PMNT | 17-DEC-2002 | OT | Y | Metcalf Moving | MN /3/053 | 066465 | $300.00 | 17-DEC-2002 |
| 0026 | PMNT | 10-JAN-2003 | OT | G | AA METCALF | MN /3/069 | 066580 | $300.00 | 10-JAN-2003 |
| 0027 | PMNT | 10-FEB-2003 | OT | G | A.A. Metcalf Storage | MN /3/089 | 66730 | $300.00 | 10-FEB-2003 |
| 0028 | PMNT | 11-MAR-2003 | OT | G | A.A. Metcalf Storage | MN /3/111 | 66871 | $300.00 | 11-MAR-2003 |
| 0030 | PMNT | 14-APR-2003 | OT | G | METCALF MOVING | MN /3/133 | 50005 | $300.00 | 14-APR-2003 |
| 0031 | PMNT | 14-MAY-2003 | OT | G | Metcalf | MN /3/154 | 50107 | $300.00 | 14-MAY-2003 |
| 0032 | PMNT | 17-JUN-2003 | OT | G | metcalf moving & Sto | MN /3/176 | 050229 | $300.00 | 17-JUN-2003 |
| 0033 | PMNT | 14-JUL-2003 | GR | G | Metcalf | MN /3/191 | 050394 | $300.00 | 14-JUL-2003 |
| 0034 | PMNT | 11-AUG-2003 | GR | G | metcalf | MN /3/211 | 050542 | $300.00 | 11-AUG-2003 |
| 0035 | PMNT | 11-SEP-2003 | GR | G | Metcalf Moving & Sto | MN /3/234 | 50713 | $300.00 | 11-SEP-2003 |
| 0036 | PMNT | 15-OCT-2003 | GR | G | Metcalf Moving | MN /04/010 | 050895 | $300.00 | 15-OCT-2003 |
| 0037 | PMNT | 17-NOV-2003 | GR | G | Metcalf Moving & Sto | MN /04/032 | 51068 | $300.00 | 17-NOV-2003 |
| 0039 | PMNT | 30-DEC-2003 | GR | G | Metcalf Moving | MN /04/064 | 51220 | $300.00 | 30-DEC-2003 |
| 0040 | PMNT | 02-JAN-2004 | GR | G | Metcalf Moving | MN /04/066 | 51280 | $300.00 | 02-JAN-2004 |
| 0041 | PMNT | 23-FEB-2004 | GR | G | Metcalf Moving | MN /04/102 | 051475 | $300.00 | 23-FEB-2004 |

RUN DATE:22-JUL-2004 PAYMENT HISTORY Inquiry G



FOR: 1999Z00745 / 001

COURT NUMBER: 0-1060MJD/JGL
DEBTOR: Littleton, William S.
COLLECTION TYPE: WA
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | PMNT | 17-MAR-2004 | GR | G | Littleton | MN /04/118 | 51612 | $300.00 | 17-MAR-2004 |
| 0044 | PMNT | 19-APR-2004 | GR | G | Metcalf | MN /04/141 | 51701 | $300.00 | 19-APR-2004 |
| 0045 | PMNT | 17-MAY-2004 | GR | G | Metcalf Moving & Sto | MN /04/161 | 051821 | $300.00 | 17-MAY-2004 |
| 0046 | PMNT | 14-JUN-2004 | GR | G | METCALF MOVING | MN /04/178 | 51953 | $300.00 | 14-JUN-2004 |
| 0047 | PMNT | 19-JUL-2004 | GR | G | Metcalf | MN /04/205 | 052099 | $41.50 | 19-JUL-2004 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $9,986.15