RUN DATE:22-JUL-2004 PAYMENT HISTORY Inquiry G

Page: 1

FOR: 1999Z00745 / 004

COURT NUMBER: 0-1060MJD/JGL
DEBTOR: Littleton, William S.
COLLECTION TYPE:
CURRENT BALANCE: $0.00

| SEQ | CODE | DATE RCVD | FORM | RCVD BY | RECEIVED FROM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 17-SEP-2001 | CH | G | A.A. Metcalf | MN /1/336 | 64064 | $90.00 | 17-SEP-2001 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $90.00